UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:  Alex Shopsha                           Case No:   16-11847

Chapter 13
_____Debtor_____/


**OBJECTION TO CLAIM ON SHORTENED NOTICE**

*IMPORTANT NOTICE TO CREDITOR:  THIS IS AN OBJECTION TO YOUR CLAIM*

     This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this objection an expedited hearing on this objection will be scheduled on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(B)(2).

     Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the debtor objects to the following claim filed in this case:


Claim 1-1
Claimant Woodside Apartments Assn.


Debtor Alex Shopsha objects to Claim 1-1 filed by Woodside Apartments Association. The claim fails to comply with Bankruptcy Rule 3001 (c) (2) (A) and (B). The claim should be disallowed.


The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the claimant and the debtor at least 14 days prior to the confirmation hearing date and that a certificate of service conforming to Local Rule 2002-1(F) must be filed with the court when the objection and notice of hearing are served.


Dated February 29, 2016.

Respectfully submitted,
LEGAL SERVICES OF GREATER
MIAMI, INC.

By _____/s/_____
    Carolina A. Lombardi
    Florida Bar No.  241970
    Attorney for Debtor
    3000 Biscayne Boulevard, Suite 500
    Miami, FL 33137
    Telephone: 305-438-2427
    Facsimile: 305-573-5800
    Email:  CLombardi@legalservicesmiami.org
    Alt.: PBerrios@legalservicesmiami.org