UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
<u>Miami</u>  DIVISION
www.flsb.uscourts.gov

In re:  Alex Shopsha,                      Case No: 16-11847 RAM
                                                          Chapter 13

                <u>          Debtor          </u>/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 30, 2017, a true and correct copy of Debtor's Notice of Withdrawal of Objection to Claim DE 21 (DE 61) was transmitted electronically to:

Nancy K. Neidich
e2c8f01@ch13herkert.com, ecf2@ch13herkert.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Woodside Apartments Association, Inc.
C/o Cuevas & Garcia, P.A.
Acuevas@cuevaslaw.com

Educational Credit Management Corporation
Bankruptcydept@ecmc.org

                                       Respectfully submitted,
                                       LEGAL SERVICES OF GREATER
                                       MIAMI, INC.

                                       By _____/s/_____
                                       Carolina A. Lombardi
                                       Florida Bar No.  241970
                                       Attorney for Debtor
                                       4343 West Flagler Street
                                       Suite 100
                                       Miami, FL 33134
                                       Telephone & Facsimile: (305) 438-2427
                                       Primary Email: CLombardi@legalservicesmiami.org
                                       Alt Email: Mcabrera@legalservicesmiami.org