UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                                                                          Case No. 16-11847 RAM
                                                                                                Chapter 13

Alex Shopsha
_____Debtor_____/

## SUGGESTION OF DEATH

Pursuant to Bankruptcy Rule 1016, counsel notifies the Court that Debtor Alex Shopsha is deceased. According to information received from family members, the Debtor died in July 2017.

Dated this October 23, 2017.

                                                       LEGAL SERVICES OF GREATER
                                                       MIAMI, INC.

                                                       By _____/s/_____
                                                       Carolina A. Lombardi
                                                       Florida Bar No. 241970
                                                       Attorney for Alex Shopsha
                                                       4343 West Flagler Street Suite 100
                                                       Miami, FL 33134
                                                       Telephone and Facsimile: (305) 438-2427
                                                       Email: CLombardi@legalservicesmiami.org
                                                       Alt: MCabrera@legalservicesmiami.org